UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEN RAY YODER,

    Petitioner,

-vs-                                              Case No. 8:19-cv-2299-T-02JSS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## **ORDER**

THIS MATTER is before the Court on Petitioner's amended petition for a writ of habeas corpus (Doc. 13). Upon consideration, it is **ORDERED** that Respondent must respond to the amended petition not later than April 16, 2020. Petitioner may reply to the response not later than May 16, 2020. The reply must not exceed 20 pages.

**DONE AND ORDERED** at Tampa, Florida, on March 16, 2020.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies to:
Petitioner pro se
Counsel of Record